UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT ROLES, Jr., <br><br> Petitioner, <br><br> v. <br><br> RIVERSIDE COURTS, et al., <br><br><br> Respondents. | Civil No.   11-0664 LAB (BLM) <br><br><br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE** |

    Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

    A petition for writ of habeas corpus may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. *See* 28 U.S.C. § 2241(d); *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 497 (1973). Petitioner is presently confined at Kern Valley State Prison, located in Kern County, which is within the jurisdictional boundaries of the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 84(b). Petitioner's state court conviction occurred in Riverside County Superior Court, which is located within the jurisdictional boundaries of the United States District Court for the Central District of California,

Eastern Division. *See* 28 U.S.C. § 84(c)(1). Thus, jurisdiction exists in either the Eastern District or the Central Districts, but not in the Southern District.

If Petitioner seeks to challenge his state court conviction, jurisdiction is more appropriate in the United States District Court for the Central District of California, Eastern Division. If he seeks to challenge a parole eligibility decision, jurisdiction is more appropriate in the United States Court for the Eastern District of California.

## CONCLUSION

For the foregoing reasons, the Court **DISMISSES** the Petition without prejudice to Petitioner refiling a petition in the appropriate court.

**IT IS SO ORDERED.**

DATED: April 5, 2011

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge